R. Jeremy Adamson (12818)
Henry R. Morris (19020)
**BUCHALTER**
60 E. South Temple, Suite 1200
Salt Lake City, UT  84111
Telephone:  (801) 401-8625
Email:  jadamson@buchalter.com
Email:  hmorris@buchalter.com
*Attorneys for Plaintiff and Counter-Defendant*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| NURSA, INC., a Delaware corporation, <br><br> Plaintiff, <br><br> vs. <br><br> OXFORD VALLEY HEALTH, LLC, a New Jersey limited liability company, <br><br> Defendant. | **STIPULATED DISMISSAL** <br><br> Case No. 2:24-cv-00052-AMA-DBP <br><br> Honorable Judge Ann Marie Mciff Allen <br><br> Magistrate Judge Dustin B. Pead |
| OXFORD VALLEY HEALTH, LLC, a New Jersey limited liability company, individually and as a representative on behalf of other similarly situated persons, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> NURSA, INC., a Delaware Corporation, <br><br> Counter-Defendant. | |

1

BN 91822863v1

Plaintiff and Counter-Defendant Nursa, Inc. ("Nursa"), and Defendant and Counter-Plaintiff Oxford Valley Health, LLC ("Oxford"), by and through their respective undersigned counsel, hereby stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the following:

1.     All claims asserted by Nursa and Oxford against each other in the above-captioned action are hereby dismissed with prejudice.

2.     All claims Oxford purported to bring on behalf of a putative class are hereby dismissed without prejudice.

3.     Each party shall bear its own attorneys' fees and costs.

DATED:  August 6, 2025

**BUCHALTER**
A Professional Corporation


By:   *R. Jeremy Adamson*
      R. Jeremy Adamson
      Henry R. Morris

      *Attorneys for Plaintiff and Counter-Defendant*


DATED:  August 6, 2025

**SNELL & WILMER, L.L.P.**
A Professional Corporation


By:   */s/ Tyson Prisbrey*
      Matthew L. Lalli
      Tyson Prisbrey

      *Attorneys for Defendant and Counterclaim Plaintiff*

      *\*Signed with permission given on August 6, 2025.*

2

BN 91822863v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of August 2025, I electronically filed and served a true and correct copy of the foregoing **STIPULATED DISMISSAL** upon counsel of record via the Court's CM/ECF system.

/s/Jocelyn Lujan
*Legal Assistant*

3

BN 91822863v1